■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN B. LONG, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Nassau County (Santagata, J.), imposed February 4, 1985.

Sentence affirmed. No opinion. The case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (5). Mollen, P. J., Thompson, Bracken and Rubin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL LYON, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Goodman, J.), rendered October 16, 1984, as amended January 28, 1985, convicting him of criminal possession of a controlled substance in the fifth degree, upon his plea of guilty, and imposing sentence.

Judgment, as amended, affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel is granted leave to withdraw as counsel *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Lazer, J. P., Bracken, Brown, Lawrence and Kooper, JJ., concur.